IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRINIDAD DRILLING LIMITED PARTNERSHIP,<br>a Delaware limited partnership,<br><br>                    Plaintiff,<br>vs.<br><br>AMERICAN WARRIOR, INC.,<br>a Kansas corporation,<br><br>                    Defendant. | Case No. 07-1019-WEB-DWB |

## **ORDER ALLOWING AMENDMENT OF COMPLAINT**

This matter is before the Court on Plaintiff's Unopposed Motion to Amend Complaint. (Doc. 17).

Based upon the presentation of counsel, this Court finds that Plaintiff has stated sufficient reasons to permit amendment of the Complaint and Defendant does not object to the motion.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Amend Complaint is granted, and Plaintiff shall file the original of the Second Amended Complaint attached as *Exhibit A* to the Motion and serve it in accordance with D. Kan. Rule 15.1 and D. Kan. Rule 5.4.9 within ten (10) days of the date of this Order.

Dated at Wichita, Kansas this 4th day of April, 2007.

s/ DONALD W. BOSTWICK
Donald W. Bostwick
U.S. Magistrate Judge